PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Curtis Mincey  **Docket Number:** 08CR00869-001
                                   **PACTS Number:** 43064

**Name of Sentencing Judicial Officer:** Honorable Kim R. Gibson, United States District Judge (Western District of Pennsylvania) Jurisdiction transferred to the Honorable William H. Walls, United States District Judge, on December 4, 2008

**Date of Original Sentence:** 11/06/06

**Original Offense:** Conspiracy to distribute and possess with intent to distribute 50 grams or more of cocaine base and less than 100 grams of heroin, 21 U.S. C. §846-10 years to life/ $4,000,000 fine

**Original Sentence:** 24 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 08/30/07

**Assistant U.S. Attorney:** To be assigned

**Defense Attorney:** To be assigned

---

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1. The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

   The offender was arrested on February 17, 2009, by the Hudson County Sheriff's office, for an offense that occurred on October 25, 2008, for 4th degree assault and contempt. Mincey is scheduled to appear before the Hudson County Superior Court on April 13, 2009.

2. The offender has violated the supervision condition which states '**You shall support your dependents and meet other family responsibilities.**'

   The offender has failed to submit to regular child support payments, and is currently in arrears for $2,340.

3. The offender has violated the supervision condition which states '**As a condition

of supervision, you are instructed to pay a $100 special assessment fee, which was due immediately.

The offender has failed to pay off the special assessment balance of $75, despite being told to do so on many occasions.

I declare under penalty of perjury that the foregoing is true and correct.

By: Andrea Shumsky
U.S. Probation Officer
Date: 3/31/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons.  Date of Hearing: 27 Apr 09
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

March 31, 2009

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable William H. Walls
U.S. District Court Judge
Martin Luther King Jr. Federal Building and Courthouse
Post Office Box 0999
Newark, New Jersey 07102-0999

RE: Curtis Mincey
Dkt. No. 08CR000869-001
Request for Issuance of Summons and
Notification of a New Arrest

Dear Judge Walls:

The above-captioned individual was sentenced before the Honorable Kim R. Gibson, U.S. District Judge, Western District of Pennsylvania, on November 6, 2006, following his conviction for conspiracy to possess with intent to distribute controlled substance. He was sentenced to 24 months imprisonment (pursuant to 5K1.1) and five years supervised release. He was ordered to pay a $100 special assessment. In addition, he was ordered to comply with the special conditions of drug and alcohol treatment.

On August 30, 2007, supervision commenced with the District of New Jersey. Since then, he has been residing in Jersey City. Jurisdiction was transferred from the District of Western Pennsylvania to Your Honor on December 4, 2008.

On February 17, 2009, the offender was arrested for 4th degree assault and contempt, by the Hudson County Sheriff's office, based on an incident that occurred on October 25, 2008, in Jersey City. In addition to the new criminal conduct, the offender has failed to pay his special assessment fee, and has failed to submit regular child support payments.

We have attached a Probation Form 12C, Petition for Warrant or Summons for Offender Under Supervision, detailing the alleged violations and respectfully request the issuance of a summons. Also attached is the Presentence report, Probation Form 12D, Violation of Supervised Release Report, and sentencing recommendation.

Should Your Honor require additional information or wish to discuss the matter further we will be available at your convenience.

The undersigned is available at (973) 645-3174.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Andrea P. Shumsky
U.S. Probation Officer

