PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Curtis Mincey           **Docket Number:** 08-00869-001
                                                                **PACTS Number:** 43064

**Name of Sentencing Judicial Officer:** Honorable William H. Walls

**Date of Original Sentence:** 11/06/2006

**Original Offense:** Conspiracy to distribute and possess with intent to distribute 50 grams or more of cocaine base and less than 100 grams of heroin, 21 U.S.C. §846-10 years to life/ $4,000,000 fine

**Original Sentence:** 24 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 08/30/07

**Assistant U.S. Attorney:** Rodney Villazar, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** David Holman, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102(973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number  Nature of Noncompliance

1                  The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**

                   The offender was arrested on July 6, 2009, by the Hudson County Sheriff's office, and charged with possession of marijuana, possession with intent to distribute, and possession with intent within 1,000 feet from a school. He is scheduled to appear before the Honorable Wilson J. Campbell of the Jersey City Municipal Court on August 18, 2009.

2                  The offender has violated the supervision condition which states **'You shall support your dependents and meet other family responsibilities.'**
                   The offender has failed to submit his court ordered child support payments, and is currently in the arrears for $2,550.

3          The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a $100 special assessment fee, which was due immediately.**

The offender has failed to pay off the special assessment balance of $75, despite being told to do so on many occasions.

4          The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

The offender tested positive for marijuana on July 13, 2009, via an instant test at the probation office. He admitted to smoking marijuana while in custody at the Hudson County Jail.

I declare under penalty of perjury that the foregoing is true and correct.

By: Andrea Shumsky
U.S. Probation Officer
Date:

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date