IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | HON. WILLIAM H. WALLS, U.S.D.J. |
| v. : | |
| : | Crim. No. 08-869 (WHW) |
| CURTIS MINCEY, : | |
| : | O R D E R |
| Defendant. : | |
| : | |

THIS MATTER having come before the Court on the petition of the United States Probation Office for a hearing regarding alleged violations of defendant Curtis Mincey of certain conditions of supervised release imposed on November 6, 2006; and the defendant having entered a guilty plea and been adjudged guilty on September 23, 2009, to Violation Number 4 of the Violation of Supervised Release Report dated July 16, 2009; and the Court having heard arguments by the Government (Rodney Villazor, Assistant U.S. Attorney, appearing), and by the defendant (Candace Hom, Assistant Federal Public Defender, appearing), and for good cause shown;

IT IS on this ___7___ day of __October__, 2009,

ORDERED that the term of supervised release is hereby revoked; and it is

FURTHER ORDERED that the defendant is to reside at Toler House, a halfway house, for a period of 6 months beginning October 1, 2009, with weekend privileges; and

IT IS FURTHER ORDERED that Violation Numbers 1, 2, and 3 of the Violation of Supervised Release report dated July 16, 2009, are hereby dismissed.

_____
HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE