PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Curtis Mincey  **Docket Number:** 08-00869-001
 **PACTS Number:** 43064

**Name of Sentencing Judicial Officer:** Honorable William H. Walls

**Date of Original Sentence:** 11/06/2006

**Original Offense:** Conspiracy to distribute and possess with intent to distribute 50 grams or more of cocaine base and less than 100 grams of heroin, 21 U.S. C. §846-10 years to life/ $4,000,000 fine.

**Original Sentence:** 24 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 08/30/07

**Assistant U.S. Attorney:** Rodney Vallazar, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** David Holman, AFPD, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall reside for a period of six months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of the facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**<br><br>The offender failed to adhere to the rules of Toler Comprehension Center by testing positive for marijuana, the use of a cellular phone, and being unaccounted for while issued a day pass to seek employment. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that he defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in the** |

**treatment until satisfactory discharged with the approval of U.S. Probation Office.** '

On October 1, 2009, the offender tested positive for marijuana while at Toler Comprehension Center. During an office visit on October 27, 2009, the offender admitted to smoking marijuana on September 24, 2009, and signed a drug use admission form.

I declare under penalty of perjury that the foregoing is true and correct.

By: Andrea Shumsky
U.S. Probation Officer
Date: 11/3/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons.  Date of Hearing: 15 Dec 09
[ ] No Action
[ ] Other

Signature of Judicial Officer

16 Nov 2009
Date