PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Curtis Mincey  **Docket Number:** 08-00869-001
 **PACTS Number:** 43064

**Name of Sentencing Judicial Officer:** HONORABLE WILLIAM H. WALLS
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 11/06/2006

**Original Offense:** Conspiracy to distribute and possess with intent to distribute 50 grams or more of cocaine base and less than 100 grams of heroin

**Original Sentence:** 24 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 08/30/07

**Assistant U.S. Attorney:** Rodney Villazar, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** David Holman, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | The offender was arrested on June 20, 2010, by the Jersey City police, and charged with disorderly conduct. He is scheduled to appear before the Jersey City Municipal Court on July 6, 2010. |
| 2 | The offender has violated the standard supervision condition which states '**You shall support your dependents and meet other family responsibilities.**' |
| | The offender has failed to submit his court ordered child support payments, and is currently in the arrears for $2,140. |
| 3 | The offender has violated the standard supervision condition which states '**As a condition of supervision, you are instructed to pay a Special Assessment, which was due immediately.** |

PROB 12C - Page 2
Curtis Mincey

The offender has failed to pay off the special assessment balance of $45, despite being told to do so on many occasions.

I declare under penalty of perjury that the foregoing is true and correct.

By: Andrea Shumsky
U.S. Probation Officer
Date: 6/30/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons.  Date of Hearing: 27 July 2010
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6 July 2010
_____
Date