PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

### AMENDED

**Name of Offender:** Curtis Mincey

**Docket Number:** 08-00869-001
**PACTS Number:** 43064

**Name of Sentencing Judicial Officer:** HONORABLE WILLIAM H. WALLS
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 11/06/2006

**Original Offense:** Conspiracy to distribute and possess with intent to distribute 50 grams or more of cocaine base and less than 100 grams of heroin

**Original Sentence:** 24 months imprisonment; 5 years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 08/30/07

**Assistant U.S. Attorney:** Rodney Villazar, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Candice Hom, 1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347

## PETITIONING THE COURT

[ X ] To issue a warrant
[   ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states 'You **shall not commit another federal, state, or local crime.**' |
| | The offender was arrested on June 20, 2010, by the Jersey City police, and charged with disorderly conduct. On September 21, 2010, the offender received a disorderly persons conviction and was fined $100. He was given 60 days to pay the fine or a warrant will be issued. |
| 2 | The offender has violated the standard supervision condition which states 'You **shall support your dependents and meet other family responsibilities.**' |
| | The offender has failed to submit his court ordered child support payments, and is currently in the arrears for $2,140. During an office visit on August 31, 2010, |

the offender told the undersigned that he will never pay child support.

3. The offender has violated the standard supervision condition which states '**As a condition of supervision, you are instructed to pay a Special Assessment, which was due immediately.**'

The offender has failed to pay the assessment balance of $45, despite being told to do so on many occasions.

4. The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On October 11, 2010, the offender was again arrested by Jersey City police, and charged with terroristic threats, simple assault and harassment.

The Probation Office has determined this conduct constitutes a **Grade B** violation.

5. The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On October 7, 2010, a complaint was filed by Diana Castro, charging the offender with terroristic threats. Castro reported to the Jersey City police that Mincey called her at approximately 4:20 p.m., and asked her to lie at a scheduled child support hearing next week. When she refused, Mincey threatened to kill her and their seven-year-old son, Curtis Mincey Jr. Due to the telephone contact Mincey had with Castro, he also violated his restraining order.

The Probation Office has determined this conduct constitutes a **Grade B** violation.

6. The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

On October 8, 2010 the undersigned met with the offender at his reported residence which he shares with Jessica Dejesus, at 108 Van Wagenen, apartment 4-D, Jersey City, New Jersey. Later that night, we received a telephone call from Dejesus, indicating that Mincey told her to lie about her address so we will not know his true residence. She further stated that Mincey only returned to her apartment that morning because he knew we were conducting a home visit.

The Probation Office has determined this conduct constitutes a **Grade C** violation.

7. The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

On October 4 the offender stalled for three hours when instructed to provide a urine sample for drug testing. On October 8, 2010, the offender refused to give

the undersigned a urine sample and also refused to report to the office to provide a sample.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

I declare under penalty of perjury that the foregoing is true and correct.

By: Andrea Shumsky
U.S. Probation Officer
Date: 10/12/10

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12 October 2010
Date