UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. CURTIS MINCEY**          D/O/B ⬛⬛⬛⬛   **SBI: 982351B**

------------------------------------------------------------------------------------------------------

## P E T I T I O N   F O R
## W R I T   O F   H A B E A S   C O R P U S

1.  CURTIS MINCEY, (D/O/B ⬛⬛⬛⬛⬛) is now confined at Hudson County Correctional Center, 30 Hackensack Avenue, Kearney, New Jersey 07032.

2.  Said individual will be required at Newark, New Jersey, before the Hon. William H. Walls, United States District Senior Judge, **on Thursday, October 28th, 2010, at 9:30 a.m.**, for a Violation of Supervised Release hearing.  A Writ of Habeas Corpus should be issued for that purpose.

DATED: October 14th, 2010

RODNEY VILLAZOR
ASSISTANT U.S. ATTORNEY

------------------------------------------------------------------------------------------------------

Let the Writ Issue.

DATED: 14 October, 2010

### O R D E R

HON. WILLIAM H. WALLS
UNITED STATES DISTRICT SENIOR JUDGE

------------------------------------------------------------------------------------------------------

## W R I T   O F   H A B E A S   C O R P U S

The United States of America to the Warden of Hudson County Correctional Center, New Jersey

WE COMMAND YOU that you have the body of

**CURTIS MINCEY**

now confined at the Hudson County Correctional Center, Kearney, New Jersey, be brought before the United States District Court, the Hon. William H. Walls,  U.S. District Senior Judge, in the Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on Thursday, October 28th, 2010, at 9:30 a.m., so that he may appear for a **Violation of Supervised Release Hearing** in the above-captioned matter.

WITNESS the Honorable William H. Walls
United States District Senior Judge
Newark, New Jersey

DATED: October 14, 2010

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per:
Deputy Clerk